```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE JADE FARM LLC,                                             :
                                                               :
                             Plaintiff,                        :
         -against-                                             :
                                                               :   22-CV-3128 (VEC)
DARA MIRAHANGIRY, IVI SHANO, MILAN                             :
LICUL, JOSEPH LICUL, MARIO CONSTNTINI,                         :   ORDER
DENNIS TURCINOVIC, GEORGE KARAVIAS,                            :
200 MB CORP., 200 MB CORP DBA SEI LESS,                        :
DREAM HOSPITLITY GROUP LLC, JOHN                               :
AND JANE DOES,                                                 :
                                                               :
                             Defendants.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 1, 2022, the parties appeared by teleconference regarding a discovery dispute.

IT IS HEREBY ORDERED that the parties must meet and confer in person for at least two hours on or before **September 9, 2022** to discuss all outstanding discovery disputes.

IT IS FURTHER ORDERED that, by no later than close of business on **September 12, 2022**, the parties must file a joint letter that succinctly describes what, if any, discovery issues remain outstanding. The parties are reminded that they are NOT to argue their positions in the joint letter.

**SO ORDERED.**

Date: **September 1, 2022**
      **New York, New York**

                                                            _____
                                                                  **VALERIE CAPRONI**
                                                            **United States District Judge**