UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

        Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

        Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated November 29, 2022 (Nov. 29 Order) (Dkt. 48), I directed defendants to promptly produce certain documents, as required by a prior court order, and to pay plaintiff's reasonable expenses, including attorneys' fees, incurred in obtaining that relief. *See* Nov. 29 Order at 1-2. In hopes that the parties could resolve the amount of the fee sanction without further motion practice, I also directed plaintiff to do one of two things no later than December 13, 2022: (i) file a fee application, or (ii) submit a letter advising the Court that the parties resolved the fee portion of the Order. *Id*. at 3. Plaintiff did neither. Nor has it otherwise communicated with the Court regarding the fee issue.

    The Court presumes from plaintiff's inaction that it has either resolved the fee issue with defendants or chosen not to press it. Either way, plaintiff is advised that since its time for filing a fee application expired on December 12, 2022, and since it took no action then or since to press its right to fees, no fees will be awarded.

Dated: New York, New York
       January 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**