UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

        Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2023

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during yesterday's discovery conference, it is hereby ORDERED that the deadline to complete fact discovery is EXTENDED to **March 3, 2023**, for the following limited purposes:

    1.    Plaintiff may conduct the deposition of defendant 200 MB pursuant to Fed. R. Civ. P. 30(b)(6). The parties shall meet and confer in good faith to agree on a date, time, and venue, and to narrow the deposition topics. Defendant 200 MB shall not be required to produce additional documents in connection with the deposition pursuant to Fed. R. Civ. P. 30(b)(2).

    2.    Defendant may conduct the deposition of *one* of plaintiff's officers, directors, or managing agents pursuant to Fed. R. Civ. P. 30(b)(1). The witness shall not be required to produce additional documents in connection with the deposition pursuant to Fed. R. Civ. P. 30(b)(2).

    3.    Defendants shall promptly produce a complete and accurate exemplar of each text message or SMS disseminated by or at the request of Dream Hospitality Group to market the "Grand Opening" and "Valentine's Day" (2022) events at Sei Less.

    4.    Plaintiff may serve a limited subpoena *duces tecum* on ExpressText, pursuant to Fed. R. Civ. P. 45, requesting documents and/or data related to the text messages or SMS messages disseminated by or at the request of Dream Hospitality Group to market the "Grand

Opening" and "Valentine's Day" (2022) events at Sei Less. That subpoena shall be served no later than **February 10, 2023**.

     5.    This Order resolves the motions at Dkts. 59 and 61.

Dated: New York, New York
       February 7, 2023      SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**