UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

        Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

        Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's and defendants' letter-applications seeking discovery conferences. (Dkts. 71, 76.) The Court will conduct a single discovery conference to address the issues raised in both applications, on **March 2, 2023, at 9:30 a.m.** The optional reply letter with respect to the application at Dkt. 76 is due no later than **5:00 p.m. on March 1, 2023**.

    <u>**The Court requires the attendance of at least one of the following individual defendants: Mario Constantini, George Karavias**</u>. If for any reason both are unable to attend, defendants' counsel shall (after meeting and conferring with plaintiff's counsel in a good faith effort to agree on a mutually convenient date and time) submit a letter-application proposing at least two alternative dates/times. Counsel may telephone chambers for the limited purpose of ascertaining the Court's availability.

    At the conference, defendants' counsel should be prepared to address, among other things: (i) how he conducted and/or supervised the required searches of defendants' electronically stored information (ESI); (ii) what steps he took to ensure that relevant documents were preserved and that the ESI searches were complete and accurate; and (iii) the basis for defendants' assertion that the late-produced text messages were entitled to "confidential" treatment pursuant to the parties' stipulated confidentiality order.

    Plaintiff's counsel should be prepared to address, among other things, the identity of plaintiff's "source" and whether that individual has been disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(e)(1)(A). This Order resolves the motions at Dkts. 71 and 76.

Dated: New York, New York
       February 27, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**