**ANDREW K STAULCUP PC.**
390 N BROADWAY 3RD FL
JERICHO, NY 11753

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/2023

(631) 434-1900

Facsimile (631) 486-5067

# MEMO ENDORSED

Hon. Barbara Moses
United States Magistrate Judge
U. S. District Court for the Southern District of New York 500 Pearl St., New York, NY 10007

**Re:** *The JADE FARM LLC v DARA MIRAHANGIRY, et al.*, **Case No. 22-cv-03128– Letter Seeking Clarification on Order dated March 2, 2023 Dk. 81**

Dear Judge Moses:

    This joint letter is written for clarification of Dk.81. In your Honor's order, discovery has been extended, but states for limited purposes "forensic search". Plaintiff Counsel interprets this to mean, Subpoena powers are still in effect. Plaintiff does not need to file a motion, prior to issuing a Subpoena for non-parties that potentially have discoverable information in this matter. Defense counsel interprets this order to prohibit the issuance of Subpoenas, and thus would require the filing of a motion. We ask for clarification if the Subpoena power is permitted under the order, or if a motion is required.

Dated: Jericho, New York
       March 21, 2023

                          ANDREW K STAULCUP PC

                    By: _____/s/_____
                          Andrew K. Staulcup, Esq.
                          Attorneys for Defendants
                          390 N. Broadway, Suite 300
                          Jericho, New York 11753
                          (631) 434-1900

---

To the extent plaintiff seeks leave to conduct continued general fact discovery via subpoena, plaintiff's application is DENIED. On March 2, 2023, the Court extended the fact discovery deadline to June 2, 2023, "for the limited purposes of conducting the discovery set forth above." (Dkt. 81 ¶ 3.) Sending subpoenas to "non-parties that potentially have discoverable information in this matter" does not come within the limited discovery set forth in the March 2 Order. The Clerk of Court is respectfully directed to close the motion at Dkt. 83. **SO ORDERED.**

_/s/ Barbara Moses_

**Barbara Moses**
**United States Magistrate Judge**
March 21, 2023