UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/03/2023
```

THE JADE FARM LLC,

                    Plaintiff,

        -against-

DARA MIRAHANGIRY, et al.,

                    Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed plaintiff's letter-application concerning the terms to be applied to the forensic ESI search (Dkt. 87), and defendants' response. (Dkt. 88.) The Court will conduct a discovery conference on **April 12, 2023, at 10:00 a.m.** Plaintiff's optional reply letter is due no later than **April 4, 2023**, and should (i) provide a specific explanation for the relevance and purpose of each proposed search term, and (ii) discuss whether any hit report has been generated for the disputed terms, and if so, the volume of hits on each term.

      Both counsel must be fully informed with regard to the progress of the forensic search process to date, including the status of the collection for each device and each custodian, and should bring with them any reference documents needed to respond to the Court's inquiries on the matters raised in the papers.

      This Order resolves the motion at Dkt. 87.

Dated: New York, New York
      April 3, 2023

                        **SO ORDERED.**

                        **BARBARA MOSES**
                        **United States Magistrate Judge**