```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/24/2023
```

THE JADE FARM LLC,

        Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

        Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, it is hereby ORDERED that:

1. The deadline for the close of fact discovery is EXTENDED to **July 7, 2023**, for the limited purpose of completing the discovery set forth in the Court's orders dated March 2 and April 26, 2023. (Dkts. 81, 95.) **No further extensions of this deadline will be granted absent extremely compelling reasons.**

2. The parties have informed the Court that they do not intend to present expert evidence.

3. The parties have also informed the Court that both sides anticipate filing summary judgment motions. Unless the district judge sets a different schedule, summary judgment motions shall be filed no later than **30 days after the close of discovery**. Summary judgment motion papers shall conform to the individual practices of the district judge.

4. Counsel shall promptly discuss, with their respective clients, the risks and benefits of further litigation compared to settlement, and shall then confer with one another concerning the prospects for settlement. No later than **June 23, 2023**, counsel shall submit a joint letter confirming that these discussions have taken place, informing the Court whether the parties wish to pursue settlement and, if so, whether they wish to schedule a judicially supervised settlement conference.

Dated: New York, New York
       May 24, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge