```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

          Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

          Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Paragraph 1(b) of this Court's July 5, 2023 Order (Dkt. 109) required defendants to submit complete copies of "[a]ll emails sent by Mirahangiry to Constantini on December 7, 2022, including attachments," as well as "[a]ny recorded version of Mirahangiry's deposition testimony . . . in the possession of defendants[.]" Defendants have not done so. On pain of sanctions, defendants must file the required materials no later than **July 17, 2023**.

Dated: New York, New York
       July 14, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge