UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

           Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/18/2023
```

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' supplemental submissions (Dkts. 111-112, 118), and has also received (from defendants, by email to Chambers) some of the audio files sent by Mirahangiry to Constantini on December 7, 2022 (Dkts. 118-3, 118-4). The Court now requests the Mirahangiry deposition transcript, in text-searchable form. The transcript is to be submitted, via ECF, no later than **July 19, 2023**.

Dated: New York, New York
       July 18, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge