UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

           Plaintiff,

-against-

DARA MIRAHANGIRY, et al.,

           Defendants.

22-CV-3128 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed attorney Rodney Austin's letter dated August 2, 2023 (Dkt. 126), submitted in response to ¶ 3 of the Court's Order dated July 20, 2023 (Dkt. 121), directing attorney Austin to show cause why he should not be referred to the Committee on Grievances of this District for his conduct in connection with the Shano and Costantini depositions and his July 26, 2023 letter to the Court.

    In light of attorney Austin's acceptance of responsibility for his misconduct and assurances that the Court's admonishment (together with the other sanctions described in the July 20 Order) "are sufficient" to prevent a repeat of such misconduct, the order to show cause is hereby DISCHARGED. The Court will refrain from referring attorney Austin to the Committee on Grievances at this time. In the event of any further infractions by attorney Austin, the Court will not hesitate to take appropriate action, including but not limited to such a referral.

Dated: New York, New York
       August 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**