USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
THE JADE FARM LLC,                              :
                                                :
                              Plaintiff,        :
                  -against-                     :
                                                :       22-CV-3128 (VEC)
DARA MIRAHANGIRY, IVI SHANO, MILAN              :
LICUL, JOSEPH LICUL, MARIO CONSTNTINI,          :       ORDER
DENNIS TURCINOVIC, GEORGE KARAVIAS,             :
200 MB CORP., 200 MB CORP DBA SEI LESS,         :
DREAM HOSPITLITY GROUP LLC, JOHN                :
AND JANE DOES,                                  :
                                                :
                              Defendants.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 20, 2023, the parties appeared before the Court for a status conference (the "Conference").

IT IS HEREBY ORDERED that for the reasons stated at the Conference, Defendants' Motion for Summary Judgment must be filed not later than **Friday, November 17, 2023**. Though Rule 4(B) of the Undersigned's Individual Practices provide that memoranda of law in support of and in opposition to motions are limited to 25 pages, the parties' memoranda of law in support of and in opposition to the motion for summary judgment cannot exceed 30 pages. Plaintiff's response must be filed not later than **Friday, December 15, 2023**. Defendants' reply must be filed not later than **Friday, January 5, 2024**.

IT IS FURTHER ORDERED that, for the reasons stated at the Conference, jury selection and trial will begin on **Monday, March 4, 2024, at 9:00 A.M.**  A final pretrial conference ("FPTC") will take place on **Thursday, February 29, 2024, at 2:30 P.M.**  Both the trial and the

FPTC will take place in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the parties must submit a proposed joint pretrial order ("JPTO") by **February 5, 2024**. The parties are directed to consult the Undersigned's Individual Practices Rule 8(D) regarding the required contents of the JPTO.

IT IS FURTHER ORDERED that motions *in limine* shall be due no later than **January 19, 2024**; responses are due no later than **February 2, 2024**.

**SO ORDERED.**

Date:  October 23, 2023
      New York, New York

                                               **VALERIE CAPRONI**
                                              **United States District Judge**