```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE JADE FARM LLC,                                             :
                                                               :
                         Plaintiff,                            :
       -against-                                               :
                                                               :     22-CV-3128 (VEC)
DARA MIRAHANGIRY, IVI SHANO, MILAN                             :
LICUL, JOSEPH LICUL, MARIO CONSTNTINI,                         :     ORDER
DENNIS TURCINOVIC, GEORGE KARAVIAS,                            :
200 MB CORP., 200 MB CORP DBA SEI LESS,                        :
DREAM HOSPITLITY GROUP LLC, JOHN                               :
AND JANE DOES,                                                 :
                                                               :
                         Defendants.                           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on November 16, 2023, Defendants filed a Motion for Summary Judgment (the "Motion"), *see* Dkt. 144; and

   WHEREAS on December 15, 2023, Plaintiff filed its opposition to the Motion, *see* Dkt. 146.

   IT IS HEREBY ORDERED that oral argument on the Motion will be held on **Thursday, January 11, 2024** at **11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  January 3, 2024                           _____
       New York, New York                              **VALERIE CAPRONI**
                                                  **United States District Judge**