USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE JADE FARM LLC,

                         Plaintiff,

        -against-

DARA MIRAHANGIRY, IVI SHANO, MILAN LICUL, JOSEPH LICUL, MARIO CONSTNTINI, DENNIS TURCINOVIC, GEORGE KARAVIAS, 200 MB CORP., 200 MB CORP DBA SEI LESS, DREAM HOSPITLITY GROUP LLC, JOHN AND JANE DOES,

                         Defendants.
-------------------------------------------------------------- X

22-CV-3128 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 16, 2023, Defendants filed a Motion for Summary Judgment (the "Motion"), *see* Dkt. 144;

    WHEREAS on December 15, 2023, Plaintiff filed its opposition to the Motion, *see* Dkt. 146; and

    WHEREAS the parties appeared before the Court for oral argument on the Motion ("oral argument") on January 11, 2024.

    IT IS HEREBY ORDERED that, for the reasons stated at oral argument, Defendants' Motion is DENIED.

    IT IS FURTHER ORDERED that, for the reasons stated at oral argument, Counts I through IV of Plaintiff's Complaint are DISMISSED, along with the claims against Milan Licul, Dennis Turcinovic, George Karavias, and John and Jane Does.

    IT IS FURTHER ORDERED that the trial date and associated pretrial deadlines, set forth in the Court's order at Dkt. 142, will proceed as scheduled.

The parties are directed to contact the Court should they require an amended referral to the court annexed mediation program or to the Honorable Barbara Moses, United States Magistrate Judge, for a settlement conference.

The Clerk of Court is respectfully directed to close the open motion at docket 144 and terminate Milan Licul, Dennis Turcinovic, George Karavias, and John and Jane Does as Defendants in the case.

**SO ORDERED.**

Date: **January 11, 2024**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**