USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

THE JADE FARM LLC,                                        :
                                                         :
                                    Plaintiff,           :
              -against-                                   :
                                                         :         22-CV-3128 (VEC)
                                                         :
DARA MIRAHANGIRY, IVI SHANO, JOSEPH       :
LICUL, MARIO CONSTNTINI, 200 MB CORP.,    :         ORDER
200 MB CORP DBA SEI LESS, DREAM             :
HOSPITLITY GROUP LLC,                            :
                                                         :
                                    Defendants.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on February 7, 2024, Defendants filed their exhibit list for trial, *see* Dkt. 160;

and

        WHEREAS Defendants did not upload Exhibit D-6 "Photographs of Mirahangiry on

Plaintiff's Instagram," *see* Dkt. 160.

        IT IS HEREBY ORDERED that Defendants must file Exhibit D-6 on ECF by no later

than February 13, 2024.


**SO ORDERED.**

**Date:  February 12, 2024**                    _____
**      New York, New York**                          **VALERIE CAPRONI**
                                                      **United States District Judge**