UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE JADE FARM LLC,

       Plaintiff,

-against-

MIRAHANGIRY et al.,

       Defendants.

22-CV-03128 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the final pretrial conference ("FPTC") which will take place on **Thursday, February 29, 2024 at 2:30 P.M.**, and trial, which will begin on **March 4, 2024 at 9:30 A.M.** with jury selection. Both the FPTC and trial will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

  All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  If this case has been settled or otherwise terminated, counsel are not required to appear for the above-referenced conference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

  In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: February 15, 2024
   New York, New York

            SO ORDERED.

            MARGARET M. GARNETT
            United States District Judge