# ANDREW K STAULCUP PC.

390 N BROADWAY Suite 130
JERICHO, NY 11753

(631) 434-1900

Facsimile (631) 486-5067

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2024
```

**VIA ELECTRONIC MAIL**

Hon. Margaret Garnett
United States District Judge
United States District Court Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Jade Farm LLC v. Mirahangiry et al.
              Case No. 1:22 cv 03128
              RE: Adjournment of Trial of March 6, 2024

Dear Judge Garnett,

      This letter motion is submitted pursuant to your Part rules updated February 12, 2024. The above referenced matter is currently scheduled for jury trial from March 3, 2024, to March 6, 2024. Unfortunately, March 6, 2024, my mother is now scheduled for a back surgery at HSS. As I do believe that this trial will take three days to complete, I would request either an adjournment of the last day and for trial resume, or an adjournment of the trial. I have informed Mr. Austin of my situation. He has confirmed to me that he does not object to an adjournment of trial. The next available date for trial would be the week of March 25, 2024. No previous request for an adjournment has been made.

> The request to adjourn the trial is DENIED. The Court will discuss reasonable accommodations for Plaintiff counsel's potential personal conflict at the final pretrial conference scheduled for Thursday, February 29 at 2:30pm (*see* ECF 169).
>
> SO ORDERED. Date 2/21/2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Dated: Jericho, New York
         February 20, 2024

                                  ANDREW K STAULCUP PC

                                  By: _____/s/_____
                                  Andrew K. Staulcup, Esq.
                                  Attorneys for Plaintiffs
                                  390 N. Broadway, Suite 300
                                  Jericho, New York 11753
                                  (631) 434-1900